**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BARBARA LARSON, Individually and On Behalf of All Others Similarly Situated,
Plaintiff(s),

v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),
Defendant(s).

Case No: 3:16-cv-006678-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Motty Shulman, an active member in good standing of the bar of USDC SD Florida, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: John Hancock Life Insurance Company in the above-entitled action. My local co-counsel in this case is Sean P. Rodriguez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504 | BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Ste. 900<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD:<br>(914) 749-8200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 874-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>mshulman@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>srodriguez@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 175056.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 11/29/16

Motty Shulman
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Motty Shulman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/5/2016

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT ~~/ MAGISTRATE~~ JUDGE

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA




**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA }

Fla. Bar. # **175056**

I, **STEVEN M. LARIMORE**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that ***Motty Shulman*** was duly admitted to practice in said Court on **April 2, 2012**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this September 23, 2016.

**STEVEN M. LARIMORE**
Court Administrator • Clerk of Court

By ______________________
Deputy Clerk

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2016, I electronically filed the foregoing JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR MOTTY SHULMAN with the Clerk of Court using the CM/ECF system which sent an email notification to all participants in this case who are registered CM/ECF users. I further caused the documents listed above to be served via U.S. Mail on the following:

| | |
|---|---|
| MILLER SCHIRGER, LLC<br>John J. Schirger<br>Matthew W. Lytle<br>Joseph M. Feierabend<br>4520 Main Street, Suite 1570<br>Kansas City, Missouri 64111 | Counsel for Plaintiff Barbara Larson |
| STUEVE SIEGEL HANSON LLP<br>Patrick J. Stueve<br>Norman E. Siegel<br>Bradley T. Wilders<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112 | Counsel for Plaintiff Barbara Larson |

Dated: November 30, 2016

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: *s/Motty Shulman*
Motty Shulman

Motty Shulman (*Pro Hac Vice* pending)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
mshulman@bsfllp.com